IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLORIA MITCHELL AND
ARNOLD MITCHELL,

        Plaintiffs,

Case No: 1:07CV215SPM/AK

v.

SANI MANAGEMENT INC.
d/b/a EZ FOOD MART CHEVRON,

        Defendant.
_____/

## ORDER

Pending before the Court is Plaintiffs' requests for entry of default judgment (docs. 9 and 10) and the "Second Amended Motion for Entry of Default Judgment" (doc. 11). A review of the court file shows that the complaint was filed (doc. 1), served upon Defendant Sani Management ("Sani") in accordance with law (doc. 5), and that no appearance, answer or other defense has been served or filed on behalf of Sani. Consequently, Default was entered against the Defendant by the clerk (doc. 8).

Plaintiff later discovered that Sani was dissolved and then reestablished as NPG of Gainesville ("NPG"). As a result, Plaintiffs now request that this Court enter a default judgment against Sani and simultaneously grant leave for Plaintiffs to amend their complaint and proceed against NPG

Default judgment is governed by Federal Civil Procedure Rule 55, stating that a court may enter a default judgment against a party when that party "has failed to plead or otherwise defend" in their case.  It is true that Sani has failed to defend themselves.  Therefore, this Court finds that Defendant Sani Management has defaulted as to liability.  Furthermore, in order for this matter to be properly adjudicated on the merits, Plaintiffs are granted leave to add NPG to the complaint as a Defendant.

This Court will issue a Scheduling Order for Discovery, Mediation, and Trial that will set the trial date.  Arguments for Damages to shall be heard on that date and the Court will determine the amount of damages as to all liable Defendants. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. Plaintiffs' requests for entry of default judgment (doc. 9, 10 and 11) is *granted*.

2. Plaintiffs' request to amend the complaint is *granted*.

3. The clerk is directed to file the Second Amended Complaint (attachment 1 to doc. 11) as of the date this order is signed.

DONE AND ORDERED this twelfth day of February, 2008.

     *s/ Stephan P. Mickle*
     Stephan P. Mickle
     United States District Judge