**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

GLORIA MITCHELL AND
ARNOLD MITCHELL,

                                    Case No: 1:07cv215-SPM/AK

        Plaintiffs,

v.

SANI MANAGEMENT, INC.
AND NPG OF GAINESVILLE, INC
d/b/a EZ FOOD MART CHEVRON,

        Defendant.

_____/

**<u>ORDER GRANTING EXTENSION OF TIME TO RESPOND</u>**

       **THIS CAUSE** comes before the Court upon the Defendant's "Unopposed

Motion for Extension of Time to File Response to Second Amended Complaint"

(doc. 20).   Finding the request reasonable, it is hereby

ORDERED AND ADJUDGED as follows:

        1.      The Defendant's Unopposed Motion for Extension of Time (doc. 20)

               is *granted*.

        2.      Defendant shall have until **<u>March 25, 2008</u>** to respond to the

               Plaintiff's Second Amended Complaint.

       SO ORDERED this <u>fourteenth</u> day of March, 2008.


                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         United States District Judge